AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ART REMEDY LLC., a Florida limited liability company <br><br> *Plaintiff(s)* <br> v. <br> STOOPHER & BOOTS, LLC a New York limited liability company, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  16-cv-62981-WJZ/Hunt |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stoopher & Boots, LLC
c/o Stephanie Goldstein
386 Columbus Avenue, Unit 5A
New York, NY 10024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua D. Martin
Johnson & Martin, P.A.
500 W. Cypress Creek Road, Suite 430
Fort Lauderdale, FL 33309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 19, 2016 _____

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court